Gmail by Google

EXHIBIT A
Page 1 of 2

JIHUI ZHANG <zjh1023@gmail.com>

# Confirmation of computer-based exam

2 messages

**emailconfirmations@prometric.com <emailconfirmations@prometric.com>** **Mon, Dec 7, 2009 at 9:30 PM**
To: zjh1023@gmail.com

To: Jihui Zhang
Date: 07 Dec 2009

**North America**

Subject: Confirmation of computer-based **Step 3 - United States Medical Licensing Examination,#0000000059693919**

Your appointment for the computer-based Step 3 - United States Medical Licensing Examination is confirmed.
Please find the confirmation details that follow:

| | |
|---|---|
| Confirmation: | 0000000059693919 |
| Program: | STEP3 |
| Exam Code: | STEP3 |
| | Step 3 - United States Medical Licensing Examination |
| Exam Date: | 25 Jan 2010 |
| Exam Time: | 09:00 |

Prometric Test Center: # 0058
**PROMETRIC TEST CENTER**
**3 CENTERVIEW DRIVE**
**SUITE 248**
**GREENSBORO NORTH CAROLINA**
**27407**
**UNITED STATES**

IDENTIFICATION POLICY

You must bring your Scheduling Permit and proper identification with you to be admitted to the exam. Review your Scheduling Permit for complete details.

RESCHEDULE / CANCEL POLICY

If you need to reschedule or cancel your exam, you must call the Prometric Regional Registration Center (RRC) or go to www.prometric.com/USMLE, no later than 12:00 noon local time of the RRC, 5 business days prior to your appointment. There is no fee to change the date of your exam prior to the deadline. If you reschedule later than the deadline there is a reschedule fee of $190.00 USD.

Retest policies are available at www.usmle.org

DRIVING DIRECTIONS

TAKE Business I-40 TOWARDS GREENSBORO, TAKE EXIT 29 (old exit 217) HIGH POINT RD. GO EAST AWAY FROM THE MALL ( FOUR SEASONS MALL). AT THE NEXT STREET, MEADOWVIEW ROAD, TURN LEFT. TURN RIGHT AT THE NEXT STREET, CENTERVIEW DR. THE 2ND BUILDING, ALSO NAMED HICKORY BUILDING, WILL BE 3 CENTERVIEW DR.

ADDITIONAL INFORMATION

The USMLE exams will now include biometrics as part of the testing experience. In many locations examinees will provide their fingerprint during check-in, breaks and check-out for identification purposes. To learn more about biometrics, please visit this website. http://www.usmle.org/General_Information/Announcements/BIMS-Privacy.html

Sincerely,

**North America**
Prometric

emailconfirmations@prometric.com <emailconfirmations@prometric.com>  Mon, Dec 7, 2009 at 9:30 PM
To: zjh1023@gmail.com

To: Jihui Zhang
Date: 07 Dec 2009

North America

Subject: Confirmation of computer-based Step 3 - United States Medical Licensing Examination,#0000000059693920

Your appointment for the computer-based Step 3 - United States Medical Licensing Examination is confirmed. Please find the confirmation details that follow:

Confirmation: 0000000059693920
Program: STEP3
Exam Code: STEP3
Step 3 - United States Medical Licensing Examination
Exam Date: 28 Jan 2010
Exam Time: 09:00

Prometric Test Center: # 0058
PROMETRIC TEST CENTER
3 CENTERVIEW DRIVE
SUITE 248
GREENSBORO NORTH CAROLINA
27407
UNITED STATES

IDENTIFICATION POLICY

You must bring your Scheduling Permit and proper identification with you to be admitted to the exam. Review your Scheduling Permit for complete details.

RESCHEDULE / CANCEL POLICY

If you need to reschedule or cancel your exam, you must call the Prometric Regional Registration Center (RRC) or go to www.prometric.com/USMLE, no later than 12:00 noon local time of the RRC, 5 business days prior to your appointment. There is no fee to change the date of your exam prior to the deadline. If you reschedule later than the deadline there is a reschedule fee of $190.00 USD.

Retest policies are available at www.usmle.org

DRIVING DIRECTIONS

TAKE Business I-40 TOWARDS GREENSBORO, TAKE EXIT 29 (old exit 217) HIGH POINT RD. GO EAST AWAY FROM THE MALL ( FOUR SEASONS MALL). AT THE NEXT STREET, MEADOWVIEW ROAD, TURN LEFT. TURN RIGHT AT THE NEXT STREET, CENTERVIEW DR. THE 2ND BUILDING, ALSO NAMED HICKORY BUILDING, WILL BE 3 CENTERVIEW DR.

ADDITIONAL INFORMATION

The USMLE exams will now include biometrics as part of the testing experience. In many locations examinees will provide their fingerprint during check-in, breaks and check-out for identification purposes. To learn more about biometrics, please visit this website. http://www.usmle.org/General_Information/Announcements/BIMS-Privacy.html

Sincerely,

**North America**
Prometric
www.prometric.com