

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

> **Note:** You will not be able to take the test if you do not bring your Scheduling Permit to the test center.

> **Note:** Your Scheduling Number is needed when you contact Prometric to schedule test dates. It differs from your **Candidate Identification Number (CIN)**, which is your private key, and is needed to test. Prometric does not have access to your CIN.

**Scheduling Test Dates**

When applying for the USMLE Steps 1, 2 CK, and 3 or scheduling test dates, please keep the following in mind:

- You must have your Scheduling Permit before you contact Prometric to schedule a testing appointment. Appointments are assigned on a "first-come, first-served" basis; therefore, you should contact Prometric to schedule as soon as possible after you receive your Scheduling Permit.

- You may take the test on any day that it is offered during your assigned eligibility period, provided that there is space at the Prometric Test Center you choose.

- Prometric Test Centers are closed on major local holidays.

- USMLE Steps 1, 2 CK, and 3 are not available during the first two weeks of January.

- The busiest testing times in the Prometric testing network in the United States and Canada are May through July and November through December.

- Some, but not all, Prometric Test Centers are open on weekend days. When you schedule your Step 3 test dates, the two days on which you take the test must be consecutive, unless the center is closed on the day that follows your first day of testing. In that event, Prometric will assign you to the next day the center is open for your second day of testing. In all other cases, you must take Step 3 on two consecutive days at the same test center.

Your Scheduling Permit includes specific information for contacting Prometric to schedule your test date(s) at the test center of your choice.

> http://www.prometric.com
> Use the Prometric website for up-to-date information on the locations of Prometric Test Centers and to schedule your test.

You will be required to provide information found only on your Scheduling Permit. When you schedule your appointment, you will receive the following specific information:

- the confirmed test day(s), date(s), and time;
- the address and telephone number of the Prometric Test Center where you will test; and
- your Prometric Confirmation Number(s).

After you schedule your testing appointment, you can print a confirmation of your appointment from the Prometric website. Scheduling a testing appointment for a specific date at a Prometric Test Center is not a guarantee that the scheduled test time or location will remain available. The Prometric Test Center at which you are scheduled may become unavailable after you have scheduled your appointment. In that event, Prometric will attempt to notify you in advance of your scheduled testing appointment and to schedule you for a different time and/or center. However, on rare occasions, rescheduling your appointment for a different time or center may occur at the last minute. To avoid losses you would incur as a result, you should try to maintain flexibility in your travel arrangements. You are encouraged to confirm your testing appointment one week prior to your test date.

**Rescheduling Test Dates**

If you are unable to keep your testing appointment on the scheduled date(s) or at the scheduled location, you