EXHIBIT C

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

Direct phone: (215) 590-9710
Email: testadmin@nbme.org
Fax: (215) 590-9457

April 2, 2010

Jihui Zhang
102 Rowe Rd
Chapel Hill, NC 27516          USMLE # 0-651-187-7

Dear Dr. Zhang:

Your March 30, 2010, correspondence was forwarded to me for review. In your letter, you reported that your January 25 and 28, 2010 Step 3 examination was not scheduled on two consecutive days. Consequently, your score was below the passing level and you feel that the scheduling of your examination affected your score.

We regret that your score was not as expected. It is not uncommon nor against USMLE policy for examinees to be scheduled on non-consecutive days. Scheduling of exams is based on the availability of Prometric. However, you had the option to accept or request other test dates.

A review of your January 25 and 28, 2010 Step 3 examination record found that you received the full amount of testing time and we received data accounting for all test sections, including your responses. Therefore, the scheduling of your examination did not affect your test data or impact your score.

Sincerely,

Toya Bagley
Test Administration Specialist, USMLE

c: FSMB