

EXHIBIT D

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

Direct phone: (215) 590-9776
Email: testadmin@nbme.org
Fax: (215) 590-9457

April 22, 2010

Jihui Zhang
102 Rowe Rd
Chapel Hill, NC 27516

USMLE # 0-651-187-7

Dear Dr. Zhang:

I write on behalf of the National Board of Medical Examiners (NBME) to respond to your April 2, 2010, correspondence regarding the USMLE Step 3 examination administered to you on January 25 and 28, 2010. Your correspondence and January 25 and 28, 2010, Step 3 examination record were submitted to a senior staff group for additional review.

Our review confirmed that the center at which you tested is often closed on Tuesday and Wednesday. If, at the time you schedule your day one testing appointment, the center is closed the following day(s), the day two appointment is scheduled for the next day the center is open. This is in accordance with USMLE policy for testing on consecutive days. Our review confirmed that the response data received is yours, and we found no irregularities with your examination data.

After careful consideration of all the information, the review group found insufficient grounds upon which to offer any options. Therefore, the examination will remain on your USMLE record.

Sincerely,

Mary E. Patterson

Mary E. Patterson
Manager, Test Administration for USMLE

c: FSMB