EXHIBIT E
Page 1 of 2

# RANDOLPH M. JAMES, P.C.

ATTORNEYS AT LAW

RANDOLPH M. JAMES*
116 NORTH SPRUCE STREET • WINSTON-SALEM, NORTH CAROLINA 27101
MAILING ADDRESS: P.O. BOX 20069 • WINSTON-SALEM, NC 27120
TELEPHONE (336) 724-7707 • TELECOPIER (336) 724-9722
E-MAIL: rmjames@rmjameslaw.com
www.rmjameslaw.com
*Certified Superior Court Mediator

August 10, 2010

Debbie Cusson  **VIA FAX 817-868-4097 and U.S. MAIL**
Federation of State Medical Boards
400 Fuller Wiser Road, Suite #300
Euless, TX 76039-3855

    RE: *Dr. Jihui Zhang*
          *USMLE ID: #06511877*
          *Date of Birth: 10/23/1966*

Dear Ms. Debbie Cusson:

    I represent Dr. Jihui Zhang regarding his requested recheck of his scores on Step 3 of the United States Medical Licensing Examinations ("USMLE"). Dr. Jihui Zhang is a former University of North Carolina Medical School faculty member who voluntarily left his position at the university to prepare for and take the USMLE. After leaving his position at UNC Medical School, Dr. Zhang completed and passed Steps 1 and 2 with scores in the mid-80s.

    On October 7, 2009, Dr. Zhang applied for Step 3 of the USMLE and was approved by the Federation of State Medical Boards ("FSMB"). Dr. Zhang scheduled Step 3 online with Prometric Services and was given test dates on January 25, 2010 and January 28, 2010. Dr. Zhang took Step 3 of the USMLE as scheduled and received his score report by email on February 17, 2010. Dr. Zhang's score report reported a failing score of 68. Dr. Zhang timely submitted a score recheck the same day along with $55 payment to the Examination Services of FSMB in compliance with the procedure set forth on page 31 of the FSMB bulletin which states that a score recheck will be done if a written request and service fee is received by the entity where the tester was registered no later than 90 days after his result was released.

    I have discussed with Dr. Zhang his prior performance on Steps 1 and 2 as well his increased preparation for Step 3 and suspect some irregularity in the scoring of Dr. Zhang's examination which can only be addressed through manually rechecking his scores. Further, Dr. Zhang is concerned sections of his examination were not graded and requests copies of his graded examination answer sheets, to ensure it is being graded in its entirety.

    Lastly, FSMB requires Step 3 of the USMLE be taken on consecutive days unless the test center is closed the day following Day 1 in which case Day 2 of the examination is to be scheduled on the next day the test center is open. Prometric Services scheduled Dr. Zhang to take Day 1 of the examination on January 25, 2010 and Day 2 on January 28, 2010. Please confirm the test center was closed on Tuesday, January 26, 2010 and Wednesday January 27, 2010 to assure that Dr. Zhang complied with the consecutive day requirement imposed by the FSMB.

Please fulfill our requests for a manual recheck of Dr. Zhang's scores, copies of his rechecked answer sheets, and information regarding test date compliance with USMLE's consecutive day requirement.

Sincerely yours,
RANDOLPH M. JAMES, P.C.

Randolph M. James

RMJ:brm
cc: Dr. Jihui Zhang (via email)