EXHIBIT F

RANDOLPH M. JAMES, P.C.
ATTORNEYS AT LAW
RANDOLPH M. JAMES*
116 NORTH SPRUCE STREET • WINSTON-SALEM, NORTH CAROLINA 27101
MAILING ADDRESS: P.O. BOX 20069 • WINSTON-SALEM, NC 27120
TELEPHONE (336) 724-7707 • TELECOPIER (336) 724-9722
E-MAIL: rmjames@rmjameslaw.com
www.rmjameslaw.com
*Certified Superior Court Mediator

November 4, 2010

David A. Johnson, M.A.          <u>VIA FAX 817-868-4097</u>
Vice President, Assessment Services
Federation of State Medical Boards
P.O. Box 619850
Dallas, TX 75261-9850

    RE:   *Dr. Jihui Zhang,* USMLE # 06511877

Dear Mr. Johnson:

    Thank you for your prior responsiveness regarding Dr. Zhang. I have one final request on behalf of Dr. Zhang in an effort to help him understand the Board's position. As you suggested, Dr. Zhang and I have reviewed his performance on the clinical portions of Step 3. You will note in the review of Dr. Zhang's Performance Profile, he actually performed satisfactorily in the computer base case simulations which, Dr. Zhang ironically believed would be his weakest portion of Step 3. The other portions of the clinical physician tasks Dr. Zhang felt he performed in a strong manner.

    Dr. Zhang would like to know the percentage of questions on the first day of Step 3 that were scored correctly and the percentage of questions the second day of Step 3 that were scored as answered correctly. Dr. Zhang is not asking to know which questions, either the specifics of the questions or how his answer was incorrect. He would simply like to know the percentage of correct answers for each day. As Dr. Zhang continues to believe, the administering of a non-consecutive second day of Step 3 testing contributed to an inaccurate scoring.

    If you would be so kind as to provide this information, I would be most grateful. Please call or e-mail with any questions.

    Sincerely yours,
    RANDOLPH M. JAMES, P.C.

    Randolph M. James

RMJ:brm
cc:   Dr. Jihui Zhang