
*Federation of*
**STATE MEDICAL BOARDS**

EXHIBIT G
Page 1 of 2

September 2, 2010

Randolph M. James, P.C.
P.O. Box 20069
Winston-Salem, NC 27120

RE: Dr. Jihui Zhang, USMLE# 06511877

Dear Mr. James:

Thank you for your August 10, 2010 letter regarding Dr. Zhang and his USMLE Step 3 administration that took place on January 25 and 28, 2010. In reviewing your correspondence, we noted several requests – a "manual" score recheck of Dr. Zhang's examination (including copies of his "answer sheets") and verification that the Greensboro, North Carolina test site was closed on January 26 & 27, 2010.

In regard to the latter, please note the relevant text from the USMLE *Bulletin of Information* and the Prometric website.

"You may take the test on any day that it is offered during your assigned eligibility period, provided that there is space at the Prometric Test Center you choose.

Some, but not all, Prometric Test Centers are open on weekend days. When you schedule your Step 3 test dates, the two days on which you take the test must be consecutive, unless the center is closed on the day that follows your first day of testing. In that event, Prometric will assign you to the next day the center is open for your second day of testing. In all other cases, you must take Step 3 on two consecutive days at the same test center."

As noted in our April 22, 2010 letter to Dr. Zhang, "the test center at which you scheduled your exam is often closed on Tuesday and Wednesday. If, at the time you schedule your day one testing appointment, the test is closed the following day(s), the day two appointment is scheduled for the next day the center is open." From the perspective of the USMLE program, Dr. Zhang's test administration dates were appropriate and complied with stated policies.

We note Dr. Zhang's concern about a possible "irregularity" in scoring his Step 3 and his desire for a "manual" score recheck for his Step 3 administration. The score recheck performed previously at Dr. Zhang's request included a review to ensure that a complete data file was captured from both days of testing. The original response record was retrieved and rescored using a scoring system that

P.O. BOX 619850 • DALLAS, TEXAS 75261-9850 • TEL: (817) 868-4000 • FAX: (817) 868-4097 • WWW.FSMB.ORG

is outside of the normal processing routine. As we noted in reporting the outcome of the score recheck, the "scores are accurate as originally reported."

I would also note that when Dr. Zhang tested on January 25 & 28, 2010 he was required to enter his Candidate Identification Number (CIN) as provided on his scheduling permit. Dr. Zhang was required to enter this unique CIN at the start of each testing day and prior to resuming the examination upon returning from any break. If Dr. Zhang had entered an incorrect CIN, the system would not have allowed him to begin or resume testing.

Finally, we note Dr. Zhang's desire to review his "answer sheets." Because the items on Dr. Zhang's Step 3 administration are part of a live item testing pool, they are considered secure and are not available for review.

Sincerely,

David A. Johnson, M.A.
Vice President, Assessment Services