

**Federation of STATE MEDICAL BOARDS**

EXHIBIT H

November 10, 2010

Randolph M. James, P.C.
PO Box 20069
Winston-Salem, NC 27120

Dear Mr. James:

I have received your November 4, 2010 correspondence regarding Dr. Jihui Zhang (USMLE# 06511877). I understand from both your correspondence and a voice mail left by Dr. Zhang on Monday of this week that he still believes non-consecutive testing days led to "inaccurate scoring" of his USMLE Step 3.

I have taken the time to re-review Dr. Zhang's file. I noted the multiple contacts and communications with, or on behalf of, Dr. Zhang; the score recheck requested by Dr. Zhang and conducted by staff; and the recent additional review of his data outcome file from which I was able to inform you by email on September 21, 2010 that Dr. Zhang's completed all scored items on his Step 3 administration with the exception of one item on day one of his examination.

I have conferred with other senior management within the USMLE program on this matter – specifically, your request to know the percentage of items answered correctly on each day of Dr. Zhang's test administration. Our efforts to reassure Dr. Zhang on the completeness and accuracy of his Step 3 score have already gone beyond those that the USMLE program ordinarily accords to examinees. We do not believe that providing Dr. Zhang with further data on his test administration is appropriate. Therefore, I must respectfully decline your request.

Sincerely,

David A. Johnson, M.A.
Vice President, Assessment Services

P.O. BOX 619850 • DALLAS, TEXAS 75261-9850 • TEL: (817) 868-4000 • FAX: (817) 868-4097 • WWW.FSMB.ORG