# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| Jihui Zhang <br> _Plaintiff_ <br> v. <br> ~~National Board of Medical Examiners (NBME)~~ <br> _Federation of State Medical Board, et al_ <br> _Defendant_ | ) ) ) ) ) ) ) ) Civil Action No. 1:11CV129 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   National Board of Medical Examiners (NBME)

3750 Market Street

Philadelphia, PA 19104-3102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jihui Zhang

102 Rowe Road

Chapel Hill, 27516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   02/18/2011                _Donna Lloyd_
                                  _Signature of Clerk or Deputy Clerk_