Jihui Zhang
Full Name of Party Submitting This Document

102 Rowe Road
Mailing Address (Street or Post Office Box)

Chapel Hill, North Carolina 27516
City, State and Zip Code

991 942 1880 (Home), 919 260 3715 (Mobile)
Telephone Number

FILED
MAR - 3 2011
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By

IN THE **UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF NORTH CAROLINA**

_____Jihui Zhang_____ , )
       Plaintiff(s),       )    Civil Action No. _____**1:11CV129**_____ .
                                             )
             V.                      )    AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
                                       )             (Complaint and Summons)
_Federation of State Medical Boards, et al._ , )
       Defendant(s).

STATE OF __NORTH CAROLINA__ )
COUNTY OF _____ORANGE_____ ) SS
     (County where Affidavit Signed)

I, Jihui Zhang, Plaintiff, truthfully state:

1. Copies of the Summons and Complaint were deposited in the United States Post Office on February 22, 2011 for mailing Certified Mail, Return Receipt Requested and addressed to Federation of State Medical Boards (Defendant) at 400 Fuller Wiser Road, Suite 300, Euless, TX 76039.

2. Said copies were received by Defendant Federation of State Medical Boards on February 28, 2011, as evidenced by the attached return receipt from the United States Post Office.

3. The genuine Certified Mail Receipt and Return Receipt are attached.

Jihui Zhang
_____
Typed or Printed Name of Affiant

*/s/ Jihui Zhang*
_____
Affiant's Signature

03/03/2011
_____
Date

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Attachment 1

**U.S. Postal Service**
**CERTIFIED MAIL… RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ $1.39 | 0580 |
| Certified Fee | $2.80 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.49 | 02/22/2011 |

Sent To: Federation of State Medical Boards
Street, Apt. No.; or PO Box No.: 400 Fuller Wiser Rd Suite 300
City, State, ZIP+4: Euless, TX 76039

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Federation of State Medical Boards
   400 Fuller Wiser Rd
   Suite 300
   Euless, TX 76039

2. Article Nur
   (Transfer fr

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Donna L Stimson*  ☐ Agent ☐ Addressee
B. Received by DONNA B STIMSON  Date of Delivery: 2/28/11
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540