Jihui Zhang  
Full Name of Party Submitting This Document

102 Rowe Road  
Mailing Address (Street or Post Office Box)

Chapel Hill, North Carolina 27516  
City, State and Zip Code

991 942 1880 (Home), 919 260 3715 (Mobile)  
Telephone Number

**FILED**  
MAR - 3 2011  
IN THIS OFFICE  
Clerk U. S. District Court  
Greensboro, N. C.  
By ___

IN THE **UNITED STATES DISTRICT COURT**  
FOR THE  
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Jihui Zhang , )<br>Plaintiff(s), )<br>)<br>V. )<br>)<br>Federation of State Medical Boards, et al. , )<br>Defendant(s). | Civil Action No. **1:11CV129**<br><br>AFFIDAVIT OF SERVICE BY CERTIFIED MAIL<br>(Complaint and Summons) |

STATE OF __NORTH CAROLINA__ )  
COUNTY OF _____ORANGE_____ ) SS  
(County where Affidavit Signed)

I, Jihui Zhang, Plaintiff, truthfully state:

1. Copies of the Summons and Complaint were deposited in the United States Post Office on February 22, 2011 for mailing Certified Mail, Return Receipt Requested and addressed to National Board of Medical Examiners (Defendant) at 3750 Market Street, Philadelphia, PA 19104-3103.

2. Said copies were received by Defendant National Board of Medical Examiners on February 25, 2011, as evidenced by the attached return receipt from the United States Post Office.

3. The genuine Certified Mail Receipt and Return Receipt are attached.

Jihui Zhang  
Typed or Printed Name of Affiant

*/s/ Jihui Zhang*  
Affiant's Signature

03/03/2011  
Date

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Case 1:11-cv-00129-CCE-PTS   Document 6   Filed 03/03/11   Page 1 of 2

Attachment 1

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

PHILADELPHIA PA 19104

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.56 | 0580 |
| Certified Fee | $2.80 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 6.66 | 02/22/2011 |

Sent To: National Board of Medical Examiners
Street, Apt. No.; or PO Box No.: 3750 Market Street
City, State, ZIP+4: Philadelphia, PA 19104-3102

7010 2780 0002 3881 8230

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: 2/25/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0002 3881 8230

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540