Jihui Zhang
Full Name of Party Submitting This Document

102 Rowe Road
Mailing Address (Street or Post Office Box)

Chapel Hill, North Carolina 27516
City, State and Zip Code

991 942 1880 (Home), 919 260 3715 (Mobile)
Telephone Number

FILED
MAR - 3 2011
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF NORTH CAROLINA

| Jihui Zhang, ) | |
|---|---|
| Plaintiff(s), ) | Civil Action No. __1:11CV129__ |
| ) | |
| V. ) | AFFIDAVIT OF SERVICE BY CERTIFIED MAIL |
| ) | (Complaint and Summons) |
| Federation of State Medical Boards, et al., ) | |
| Defendant(s). | |

STATE OF __NORTH CAROLINA__ )
COUNTY OF __ORANGE__ ) SS
(County where Affidavit Signed)

I, Jihui Zhang, Plaintiff, truthfully state:

1. Copies of the Summons and Complaint were deposited in the United States Post Office on February 22, 2011 for mailing Certified Mail, Return Receipt Requested and addressed to Prometric (Defendant) at 1501 South Clinton Street, Baltimore, MD 21224.

2. Said copies were received by Defendant Prometric on February 25, 2011, as evidenced by the attached return receipt from the United States Post Office.

3. The genuine Certified Mail Receipt and Return Receipt are attached.

Jihui Zhang
Typed or Printed Name of Affiant

*[signature]*
Affiant's Signature

03/03/2011
Date

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Attachment 1

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7010 2780 0002 3881 8247

| | | |
|---|---|---|
| Postage | $ | $1.56    0580 |
| Certified Fee | | $2.80    06 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.66    02/22/2011 |

Postmark Here

Sent To: Prometric
Street, Apt. No.; or PO Box No.: 1501 South Clinton Street
City, State, ZIP+4: Baltimore, MD 21224

PS Form 3800, August 2006         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prometric
1501 South Clinton St.
Baltimore, MD 21224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   G. P. Kim                        2-25-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7010 2780 0002 3881 8247  7

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540