IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:11-CV-129

| | |
|---|---|
| **JIHUI ZHANG,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERATION OF STATE MEDICAL BOARDS, NATIONAL BOARD OF MEDICAL EXAMINERS, and PROMETRIC,**<br><br>Defendants. | **NOTICE OF APPEARANCE** |

COMES NOW Reid L. Phillips, Esq. of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P. and gives notice of his appearance in the above-styled matter as counsel for the Defendant Prometric Inc.

Please mail all notices and other documents to the undersigned at the following address:

>Reid L. Phillips, Esq.
>BROOKS, PIERCE, McLENDON,
>HUMPHREY & LEONARD, L.L.P.
>Suite 2000 Renaissance Plaza
>230 North Elm Street (27401)
>Post Office Box 26000
>Greensboro, North Carolina 27420-6000
>Email: rphillips@brookspierce.com

This the 15th day of March, 2011.

                                            /s/ Reid L. Phillips
                                            Reid L. Phillips
                                            N.C. State Bar No. 7968

OF COUNSEL:

**BROOKS, PIERCE, MCLENDON,**
 **HUMPHREY & LEONARD, L.L.P.**
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone:   336/271-3116
Facsimile:    336/232-9116
rphillips@brookspierce.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      None

In addition, I hereby certify that the foregoing was served upon the other parties of this action by first-class mail, postage prepaid, addressed to the following:

      Jihui Zhang
      102 Rowe Road
      Chapel Hill, North Carolina 27516

      Federation of State Medical Boards
      400 Fuller Wiser Road, Suite 300
      Euless, Texas 76039

      National Board of Medical Examiners
      3750 Market Street
      Philadelphia, PA 19104-3102

This the 15th day of March, 2011.

                                          /s/ Reid L. Phillips
                                          Reid L. Phillips