IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:11-CV-129

| | |
|---|---|
| JIHUI ZHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERATION OF STATE MEDICAL BOARDS, NATIONAL BOARD OF MEDICAL EXAMINERS, and PROMETRIC,<br><br>　　　　Defendants. | |

COMES NOW Benjamin R. Norman, Esq. of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P. and gives notice of his appearance in the above-styled matter as counsel for the Defendant Prometric Inc.

Please mail all notices and other documents to the undersigned at the following address:

>Benjamin R. Norman, Esq.
>BROOKS, PIERCE, McLENDON,
>HUMPHREY & LEONARD, L.L.P.
>Suite 2000 Renaissance Plaza
>230 North Elm Street (27401)
>Post Office Box 26000
>Greensboro, North Carolina 27420-6000
>Email: bnorman@brookspierce.com

This the 15th day of March, 2011.

/s/ Benjamin R. Norman
Benjamin R. Norman
N.C. State Bar No. 32852

OF COUNSEL:

**BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.**
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone:   336/271-3116
Facsimile:    336/232-9116
bnorman@brookspierce.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    None

In addition, I hereby certify that the foregoing was served upon the other parties of this action by first-class mail, postage prepaid, addressed to the following:

    Jihui Zhang
    102 Rowe Road
    Chapel Hill, North Carolina 27516

    Federation of State Medical Boards
    400 Fuller Wiser Road, Suite 300
    Euless, Texas 76039

    National Board of Medical Examiners
    3750 Market Street
    Philadelphia, PA 19104-3102

This the 15th day of March, 2011.

    /s/ Benjamin R. Norman
    Benjamin R. Norman

-3-

Case 1:11-cv-00129-CCE-PTS    Document 9    Filed 03/15/11    Page 3 of 3