IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:11-CV-129

JIHUI ZHANG,

    Plaintiff,

v.

FEDERATION OF STATE MEDICAL BOARDS, NATIONAL BOARD OF MEDICAL EXAMINERS, and PROMETRIC,

    Defendants.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant Prometric Inc., through counsel, hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is party a publicly held corporation or other publicly held entity?  No.

2. Does party have any parent corporations?  Yes.  Prometric Inc. is a wholly owned subsidiary of Prometric Holdings Inc.  Prometric Holdings Inc. is in turn a wholly owned for profit subsidiary of Educational Testing Service.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  No.

Respectfully submitted this 15th day of March, 2011.

/s/ Benjamin R. Norman
Reid L. Phillips
N.C. Bar No.7968
rphillips@brookspierce.com
Benjamin R. Norman
N.C. Bar No. 32852
bnorman@brookspierce.com

*Attorneys for Defendant Prometric Inc.*

OF COUNSEL:

BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: 336-373-8850
Fax: (336) 378-1001

2

Case 1:11-cv-00129-CCE-PTS   Document 10   Filed 03/15/11   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    None

In addition, I hereby certify that the foregoing was served upon the other parties of this action by first-class mail, postage prepaid, addressed to the following:

    Jihui Zhang
    102 Rowe Road
    Chapel Hill, North Carolina 27516

    Federation of State Medical Boards
    400 Fuller Wiser Road, Suite 300
    Euless, Texas 76039

    National Board of Medical Examiners
    3750 Market Street
    Philadelphia, PA 19104-3102

This the 15th day of March, 2011.

    /s/ Benjamin R. Norman
    Benjamin R. Norman

3

Case 1:11-cv-00129-CCE-PTS   Document 10   Filed 03/15/11   Page 3 of 3