IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:11-CV-129

| | |
|---|---|
| **JIHUI ZHANG,** | |
| **Plaintiff,** | |
| v. | |
| **FEDERATION OF STATE MEDICAL BOARDS, NATIONAL BOARD OF MEDICAL EXAMINERS, and PROMETRIC,** | |
| **Defendants.** | |

## ORDER

This matter is before the Court on the Motion for Extension of Time of Defendant Prometric Inc. ("Defendant"). For good cause shown, the Motion for Extension of Time is granted and Defendant's deadline to file an answer or other responsive pleading to Plaintiff's Complaint is extended to April 17, 2011.

It is so ORDERED, this the _____ day of March, 2011.

_____