IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Civil Action No. 1:11-cv-0129

| | |
|---|---|
| JIHUI ZHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERATION OF STATE MEDICAL BOARDS, NATIONAL BOARD OF MEDICAL EXAMINERS, and PROMETRIC,<br><br>    Defendants. | **ORDER** |

Upon motion of Defendant National Board of Medical Examiners and for good cause shown, it is hereby ORDERED that Defendant National Board of Medical Examiners has a thirty (30) day extension of time to serve an answer or other responsive pleading in this matter through and including April 17, 2011.

This the _____ day of March, 2011.

_____
Clerk, U.S. District Court