IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIHUI ZHANG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERATION OF STATE )<br>MEDICAL BOARDS, NATIONAL )<br>BOARD OF MEDICAL )<br>EXAMINERS, and PROMETRIC, )<br>)<br>Defendants. ) | 1:11CV129 |

## ORDER

This matter is before the Court on the Motion for Extension of Time filed by Defendant Prometric ("Defendant"). For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion for extension (Docket No. 11) is **GRANTED** and that Defendant's deadline to file an answer or other responsive pleading to Plaintiff's complaint is extended to April 17, 2011.


/s/ P. Trevor Sharp
United States Magistrate Judge

Date: March 17, 2011