IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JIHUI ZHANG,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11CV129 |
| ) | |
| **FEDERATION OF STATE** ) | |
| **MEDICAL BOARDS, NATIONAL** ) | |
| **BOARD OF MEDICAL** ) | |
| **EXAMINERS, and PROMETRIC,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Motion for Extension of Time filed by Defendant National Board of Medical Examiners ("Defendant"). For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion for extension (Docket No. 12) is **GRANTED** and that Defendant's deadline to file an answer or otherwise respond to Plaintiff's complaint is extended to April 17, 2011.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: March 17, 2011