IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Civil Action No. 1:11-cv-0129

JIHUI ZHANG,

    Plaintiff,

v.

FEDERATION OF STATE MEDICAL BOARDS, NATIONAL BOARD OF MEDICAL EXAMINERS, and PROMETRIC,

    Defendants.

**ORDER**

Upon motion of Defendant Federation of State Medical Boards and for good cause shown, it is hereby ORDERED that Defendant Federation of State Medical Boards have a thirty (30) day extension of time to serve an answer or other responsive pleading in this matter through and including April 20, 2011.

This the _____ day of March, 2011.

_____
Clerk, U.S. District Court