# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

JIHUI ZHANG

        Plaintiff(s),

vs. Federation of State Medical Boards, National Board of Medical Examiners (NBME), Prometric

        Defendant(s).

Case No.: 1:11 CV 129

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

**NBME** (Name of Party) who is **Defendant** (Plaintiff/moving party or defendant),

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes      (✓) No

2. Does party have any parent corporations?

    ( ) Yes      (✓) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes  (✓) No

   If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   (✓) Yes  ( ) No

   If yes, identify entity and nature of interest: Chartis Insurance, insurance carrier

_/s/Jon Berkelhammer_       _March 17, 2011_
(Signature)      (Date)

MDNC (01/03)