IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIHUI ZHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11CV129 |
| ) | |
| FEDERATION OF STATE ) | |
| MEDICAL BOARDS, NATIONAL ) | |
| BOARD OF MEDICAL ) | |
| EXAMINERS, and PROMETRIC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Motion for Extension of Time filed by Defendant Federation of State Medical Boards ("FSMB"). For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion for extension (Docket No. 15) is **GRANTED** and that FSMB's deadline to file an answer or otherwise respond to Plaintiff's complaint is extended to April 20, 2011.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: March 22, 2011