**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

GREENSBORO, NC 27401

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.28 | 0580 |
| Certified Fee | | $2.85 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.43 | 05/10/2011 |

Sent To: REID L. PHILLIPS, BENJAMIN R. NORMAN
Street, Apt. No.; or PO Box No.: 2000 RENAISSANCE PLAZA, 230 NORTH ELM STREET
City, State, ZIP+4: GREENSBORO, NC 27401

PS Form 3800, August 2006     See Reverse for Instructions

7011 0110 0000 7694 0485