*Exhibit A*

P O BOX 1
ATLANTA,

| | Account Number | Date Due |
|---|---|---|
| rizonwireless.com | 321179459-00001 | 03/27/10 |
| | Invoice Number | 6391218026 |

## Quick Bill Summary   Feb 02 – Mar 01

KEYLINE
/2751611908/

GUIFENG ZHANG
102 ROWE RD
CHAPEL HILL, NC 27516-1190

| | |
|---|---|
| Previous Balance (see back for details) | $91.87 |
| Payment – Thank You | –$91.87 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $67.98 |
| Usage Charges | |
|    Voice | $5.40 |
|    Data | $.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $5.05 |
| Taxes, Governmental Surcharges & Fees | $8.64 |
| **Total Current Charges** | **$87.07** |

**Total Charges Due by March 27, 2010**     **$87.07**

**Change to Your Service**
Thank you for your wireless business. You recently made a change to your service. Your new bill will reflect usage from your last bill and service adjustments resulting from the plan/feature change.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VE

Bill Date          March 01, 2010
Account Number     321179459-00001
Invoice Number     6391218026

## Total Amount Due by March 27, 2010

Make check payable to Verizon Wireless
Please return this remit slip with payment         $87.07

$ ☐☐ . ☐☐

GUIFENG ZHANG
102 ROWE RD
CHAPEL HILL, NC 27516-1190

PO BOX 660108
DALLAS, TX 75266-0108

/7526601085/

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

6391218026010321179459000010000087070000087075

| Get Minutes Used | Get Data Used | Get Balance |
|---|---|---|
| #MIN + SEND | #DATA + SEND | #BAL + SEND |

## Explanation of Charges

**Verizon Wireless' Surcharges**
Verizon Wireless' Surcharges include charges to recover or help defray costs of taxes and of governmental charges and fees imposed on us, including a Regulatory Charge (which helps defray costs of various regulatory mandates, including government number administration and license fees) and a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover costs imposed on us by the government to support universal service, and may include other charges also related to our governmental costs. It also includes an Administrative Charge, which helps defray certain costs we incur, currently including (i) charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers, (ii) fees and assessments on network facilities and services, and (iii) certain costs and charges associated with proceedings related to new cell site construction. Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.

**Taxes, Governmental Surcharges and Fees**
Includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill customers. These taxes, surcharges and fees may change from time to time without notice.

**Late Fee Information**
A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law.

**Verizon Wireless' Other Charges and Credits**
Includes charges for products and services, and credits owing.

## Payments

| | |
|---|---|
| Previous Balance | $91.87 |
| **Payment – Thank You** | |
| Payment Received 02/10/10 | –91.87 |
| **Total Payments** | **–$91.87** |
| **Balance Forward** | **$.00** |

---

Correspondence Address: **Verizon Wireless P O Box 105378 Atlanta, GA 30348**

---

Automatic Payment Enrollment for Account: 321179459-00001 GUIFENG ZHANG

By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charges.

1. Check this box.   2. Sign name in box below, as shown on the bill and date.   3. Return this slip with your check for this month's payment.

■ □ [signature box] ■

Changing your billing address for Account: 321179459-00001 GUIFENG ZHANG

Use this space or sign in to My Verizon at www.verizonwireless.com to change the mailing address where we send your bill. If we do not have your most recent email address, provide it below and we'll use it to tell you important information about your Verizon Wireless service. Allow 2 billing cycles for the address change to take effect.

New Address _____
City _____
State/Zip _____
Daytime Phone _____ Evening Phone _____
Email _____

**PLACE OF PRIMARY USE (PPU)**
The home or business mailing address indicated to the left is for the person using the phone(s) and is the person's residential street address or primary business address

___ YES ___ NO   If "NO" or for multi-line accounts with more than one PPU address, please contact our Customer Service Department or visit our website to change the user's PPU address.

Case 1:11-cv-00129-CCE-PTS   Document 34-1   Filed 01/13/12   Page 2 of 4

## Overview of Lines

### Your Account's Calling Plan

**Nationwide Talk FS 700**

$60.00 monthly access charge
$9.99 per additional line (x2)
(totaling $79.98 monthly)
700 monthly allowance minutes
$.45 per minute after allowance

### Breakdown of Charges

| Current Calling Plan | | Voice* | Data |
|---|---|---|---|
| 919-619-5297 (P)<br>Guifeng Zhang | pg 4 | -- | -- |
| 919-260-3715<br>Guifeng Zhang | pg 6 | $5.40 | -- |
| 919-619-5298<br>Guifeng Zhang | pg 11 | -- | -- |
| **Total Charges** | | **$5.40** | **$.00** |

* Voice may include long distance, 411 calls, SharePlan overage and other calls.

### Breakdown of Minutes

| Current Calling Plan | | SharePlan Minutes Used | SharePlan Overage |
|---|---|---|---|
| 919-619-5297 (P) | pg 4 | 128 | -- |
| 919-260-3715 | pg 6 | 320 | 12 |
| 919-619-5298 | pg 11 | 264 | -- |
| **Total Minutes** | | 712 | |
| **SharePlan Allowance** | | 700 | |
| **Overage Minutes** | | 12 | |

## Detail for Guifeng Zhang: 919-260-3715

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2/19 | 5:06P | 919-942-2629 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 2 | --- | --- | --- |
| 2/19 | 6:49P | 919-966-2603 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 3 | --- | --- | --- |
| 2/19 | 7:26P | 919-966-2602 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/20 | 12:14A | 919-619-5298 | Off-Peak | M2MAllow | Chapel Hil NC | Chapelhill NC | 1 | --- | --- | --- |
| 2/20 | 12:48P | 919-445-7044 | Off-Peak | N&W | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/21 | 10:01A | 919-445-7044 | Off-Peak | N&W | Chapel Hil NC | Incoming CL | 2 | --- | --- | --- |
| 2/21 | 12:17P | 919-966-0933 | Off-Peak | N&W | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/22 | 10:16A | 000-000-0086 | Peak | PlanAllow,CallVM | Chapel Hil NC | Voice Mail CL | 1 | --- | --- | --- |
| 2/22 | 10:16A | 919-619-5297 | Peak | M2MAllow,CallWait | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/22 | 10:18A | 000-000-0086 | Peak | PlanAllow,CallVM | Chapel Hil NC | Voice Mail CL | 2 | --- | --- | --- |
| → 2/22 | 11:27A | 817-868-4041 | Peak | PlanAllow | Chapel Hil NC | Euless TX | 11 | --- | --- | --- |
| 2/22 | 3:17P | 800-793-3320 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 9 | --- | --- | --- |
| 2/22 | 6:45P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 1 | --- | --- | --- |
| 2/22 | 6:47P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 2 | --- | --- | --- |
| 2/22 | 6:52P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 1 | --- | --- | --- |
| 2/22 | 6:53P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 1 | --- | --- | --- |
| 2/22 | 6:54P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 2 | --- | --- | --- |
| 2/22 | 7:17P | 800-274-6660 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 3 | --- | --- | --- |
| 2/22 | 7:24P | 800-274-6660 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 12 | --- | --- | --- |
| 2/23 | 10:44A | 800-935-9935 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 2 | --- | --- | --- |
| 2/23 | 10:46A | 800-346-5538 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 10 | --- | --- | --- |
| 2/23 | 10:56A | 800-274-6660 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 8 | --- | --- | --- |
| → 2/23 | 11:04A | 817-868-4041 | Peak | PlanAllow | Chapel Hil NC | Euless TX | 5 | --- | --- | --- |
| 2/23 | 2:06P | 919-966-7794 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/23 | 2:49P | 919-619-5297 | Peak | M2MAllow | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/23 | 3:39P | 919-966-4428 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 19 | --- | --- | --- |
| 2/23 | 4:06P | 919-966-7794 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 2 | --- | --- | --- |
| 2/23 | 7:21P | 919-619-5298 | Peak | M2MAllow | Chapel Hil NC | Chapelhill NC | 2 | --- | --- | --- |
| 2/24 | 2:20P | 215-590-9700 | Peak | PlanAllow | Chapel Hil NC | Phila PA | 4 | --- | --- | --- |
| 2/24 | 3:37P | 919-966-7794 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/24 | 5:26P | 919-966-7794 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 3 | --- | --- | --- |
| 2/24 | 7:07P | 919-966-7794 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 1 | --- | --- | --- |
| 2/24 | 7:26P | 919-966-0685 | Peak | PlanAllow | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/24 | 7:44P | 919-619-5297 | Peak | M2MAllow | Chapel Hil NC | Incoming CL | 1 | --- | --- | --- |
| 2/25 | 2:17P | 919-619-5297 | Peak | M2MAllow | Durham NC | Incoming CL | 1 | --- | --- | --- |
| 2/25 | 2:35P | 800-346-5538 | Peak | PlanAllow | Durham NC | Toll-Free CL | 11 | --- | --- | --- |
| 2/25 | 5:59P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 2 | --- | --- | --- |
| 2/25 | 7:22P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 2 | --- | --- | --- |
| 2/25 | 8:19P | 919-883-3001 | Peak | PlanAllow | Chapel Hil NC | Chapelhill NC | 2 | --- | --- | --- |
| 2/26 | 10:14A | 800-321-2484 | Peak | PlanAllow | Chapel Hil NC | Toll-Free CL | 9 | --- | --- | --- |
| 2/26 | 3:32P | 919-966-2602 | Peak | PlanAllow,PartAllow | Chapel Hil NC | Incoming CL | 3 | .90 | --- | .90 |
| 2/26 | 5:30P | 800-321-2484 | Peak | | Chapel Hil NC | Toll-Free CL | 6 | 2.70 | --- | 2.70 |
| 2/26 | 5:52P | 919-966-2603 | Peak | | Chapel Hil NC | Incoming CL | 1 | .45 | --- | .45 |
| 2/26 | 7:29P | 919-966-2602 | Peak | | Chapel Hil NC | Incoming CL | 1 | .45 | --- | .45 |
| 2/26 | 7:58P | 919-619-5298 | Peak | M2MAllow | Chapel Hil NC | Chapelhill NC | 1 | --- | --- | --- |