Exhibit B

USMLE Secretariat
3750 Market Street
Philadelphia, PA 19104-3190
Tel: 215 590 9700

FSMB Tel: 817 868 4041
Called → on 2/22/10
at 11:27 AM
talked to Lisa.
She said she will forward
my case to her supervisor
& asked my phone #.

on 2/23/10 at 11:04 AM
talked to different lady.
my request for score report
is processed, check has been
cleared from the bank.
Will take 3-4 wks.
Targeted date for recheck
03/29/10 by email