Mon, April 12th, 2010
11:51 AM Called Prometric Representative "Gwen" in Baltimore, MD
443-751-4854
USMLE policy: two consecutive days. Otherwise retake the test

Mon, April 26th 2010.
10:51 AM Called 817 868 4041, FSMB Examination Services (Deb. Cusson, FSMB Examination Services) talked to an office staff member for 13m 6s
Transferred to Ms. Cusson's line & left a message & #.
4:27 pm Received a call from 817 868 4000, Ms. Cusson
talked 71m 14s.

— Exhibit E —