

—JIHUI ZHANG <zjh1023@gmail.com>

# USMLE Step 3 Score Recheck Results

1 message

**Courtney Kahler <ckahler@fsmb.org>**      Fri, Mar 26, 2010 at 3:11 PM
To: zjh1023@gmail.com

March 26, 2010

Dear Dr. Zhang:

Attached please find the results of your Step 3 score recheck.

Sincerely,

Courtney Kahler
Examination Services

📎 **20100326130744423.pdf**
19K



*Federation of*
**STATE**
**MEDICAL**
**BOARDS**

March 26, 2010

Jihui Zhang
102 Rowe Rd
Chapel Hill, NC 27516

RE: **Request for recheck of USMLE Step 3**
    Date of Exam: 1/25/2010
    USMLE ID#: 06511877
    State of Exam: NC

Dear Dr. Zhang:

In accordance with your written request, we have rechecked your 1/25/2010 USMLE Step 3 as referenced above. The results are as follows:

**The scores were found to be accurate as originally reported.**

If you have any further questions, please contact me at 817-868-4041 or via email at usmle@fsmb.org.

Sincerely,

Deborah Cusson
Supervisor, Examination Services
Federation of State Medical Boards

CC:   Joy Cooke, Director, Licensing Dept (NC)