# Request an Investigation of My Step 3 Scores

3 messages

**Jihui Zhang <zjh1023@gmail.com>**                                     Fri, Apr 2, 2010 at 1:55 PM
To: scores@nbme.org

ATTN: Examinees Records Manager

My name is Jihui Zhang; DOB, 10/23/1966; USMLE ID#, 0-651-187-7. I write to request an investigation of my scores on USMLE Step 3 test, which I took on January 25th (Monday) and 28th (Thursday) of 2010.

My Step 3 score report was issued on February 17, 2010 with scores of 174 and 68. A request for score recheck was submitted immediately on the same day. The results of the recheck came back on March 26, 2010, stating that my scores were found to be accurate as originally reported. I understand that, to a vast majority of score recheck cases, it is extremely unlikely any further action would make a difference. My rationale for this request is three-fold. First and most important, my scores were too low, completely out of line with the self-assessment tests (from online sources) I took during my preparation. Secondly, my performance profile did not correlate well with my strength in some content areas. Lastly, my two test days (Monday and Thursday) were not scheduled on two consecutive days, which is quite unusual. Regarding such scheduling, I emailed Ms. Toya Bagley at the test administration of NBME (see below for detail). I am not trying to blame anyone or on anything. All I want is to have my concerns addressed and scores justified.

Your acceptance of this request will be highly appreciated.

Sincerely,

Jihui (Jay) Zhang


fromtestadmin <testadmin@nbme.org>
tozjh1023@gmail.com
cctestadmin <testadmin@nbme.org>
dateTue, Mar 30, 2010 at 5:48 PM
subjectFW: Step 3 Score And Scheduling Error--reply
mailed-bynbme.org
hide details Mar 30 (2 days ago)

Dear Dr. Zhang:

We have received your March 30, 2010, correspondence regarding your January 25, 2010, USMLE Step 3 examination. Please allow at least 10 business days for a review of your concerns. You will be sent a letter regarding the outcome of the review once completed.

Any questions regarding the status of the review of your concerns should be addressed to the Test Administration Specialist below. Before contacting this person for an update, please allow at least two business days from the date of this notification for a preliminary assessment to be conducted.

Toya Bagley at (215) 590-9710 or testadmin@nbme.org.

Sincerely,
Test Administration for USMLE

National Board of Medical Examiners
Telephone: 215-590-9700
Fax: 215-590-9457
E-mail: testadmin@nbme.org

From: Jihui Zhang [mailto:zjh1023@gmail.com]
Sent: Tuesday, March 30, 2010 3:25 PM
To: testadmin
Subject: Step 3 Score And Scheduling Error

Dear Sir/Madam:

I request the USMLE Test Administration Office to investigate my Step 3 score and a scheduling violation of USMLE Policies. My personal information, the ground for this request, and my specific concerns are listed below.

Jihui Zhang, DOB: 10/23/1966, USMLE ID# 0-651-187-7, Step 3 test dates: 01/25/2010 and 01/28/2010

On December 07, 2009 I scheduled my Step 3 test online and was given January 25, 2010 (Monday) for the first day and January 28, 2010 (Thursday) for the second day of my test in Greensboro, NC (Test center # 0058). The second day of the test was originally scheduled like that in a non-consecutive way (not due to unforeseeable events preventing the test center from opening the day after my first test day, and no one could have predicted such events anyway). Back then I did not know it was in violation of USMLE Policies. I took the test as scheduled without any suspicion. On my first test day, it seemed there were only two of us (another gentleman) taking USMLE Step 3. On the second day of my test, there were many more (5-6) all taking the second part of Step 3. However, I did not see the gentleman who was there on my first test day. I gathered that he was either taking his second part of Step 3 on that Monday or he took his first part of Step 3 on that day and then his second part on the next day (Tuesday). All in all, I did not experience any problem during my test. I finished each block of the MCQ on time with no questions unanswered and I finished the CCS blocks early.

Frankly, I felt very confident that I would pass the test with a goal of scoring in the 90's. To my great surprise I received a fail score of 174/68 on February 17, 2010. I immediately submitted a request for recheck, which came back on March 26, 2010 stating that my scores were found to be accurate as originally reported. I discussed my case several times with the Examination Service of FSMB. No one seemed able to address my concern that the scheduling error (Step 3 not taking on two consecutive days with no exceptions being applied to) might have impacted my test score. While I have no knowledge about how Prometric Test Center and USMLE combined my two parts of Step 3 test data, it is probable that my Step 3 score was not based on the tests I took on two non-consecutive days. It is also possible that professional negligence or wrongdoing was involved. I request a physical/manual recheck of my score to see if there were any irregularities on the 7 MCQ blocks (took on my first test day), 3 MCQ blocks and 9 CCS blocks (took on the second test day).

Your honor of this request is appreciated. If you need further information, please do not hesitate to contact me.

Sincerely,

Jihui (Jay) Zhang, MD, PhD
919 260 3715
zjh1023@gmail.com
zjh1023@med.unc.edu

---

**Jihui Zhang <zjh1023@gmail.com>**                          **Wed, Apr 7, 2010 at 2:59 PM**
To: scores@nbme.org

ATTN: Examinees Records Manager

On April 6, 2010, a lady (I can't recall her name) from Examinees Records (at least she claimed to be when I asked) called me from 215 590 9500 at 2:50 PM and we discussed my case for 40 minutes and 29 seconds. She agreed to email me a summary of the conversation afterwards. I understand it may be a little too early for her to get back to me, and I look forward to hearing from her.

Sincerely,

Jihui (Jay) Zhang

[Quoted text hidden]

[Quoted text hidden]

---

**Jihui Zhang <zjh1023@gmail.com>**     Thu, Sep 30, 2010 at 4:26 PM
To: Harvey Hamrick <sport@med.unc.edu>

Dr. Hamrick:

I appreciate your taking time to talk to me. It means a lot to me. Thanks!

The following is the email I sent to scores@nbme.org. I did it after I talked to a lady at the office of Examinees Records at NBME. She gave me explicit instructions on how to make such a request, and I followed her instructions.

Jihui

[Quoted text hidden]