

— JIHUI ZHANG &lt;zjh1023@gmail.com&gt;

*Exhibit H* (handwritten)

# Request an Investigation of My Step 3 Scores

**Jihui Zhang &lt;zjh1023@gmail.com&gt;**        **Wed, Apr 7, 2010 at 2:59 PM**
To: scores@nbme.org

ATTN: Examinees Records Manager

On April 6, 2010, a lady (I can't recall her name) from Examinees Records (at least she claimed to be when I asked) called me from 215 590 9500 at 2:50 PM and we discussed my case for 40 minutes and 29 seconds. She agreed to email me a summary of the conversation afterwards. I understand it may be a little too early for her to get back to me, and I look forward to hearing from her.

Sincerely,

Jihui (Jay) Zhang
[Quoted text hidden]

[Quoted text hidden]