

Exhibit I

JIHUI ZHANG <zjh1023@gmail.com>

# RE: Zhang, Jihui - Request an Investigation of My Step 3 Scores

1 message

**scores <scores@nbme.org>**     Fri, Apr 9, 2010 at 9:06 AM
To: Jihui Zhang <zjh1023@gmail.com>
Cc: testadmin <testadmin@nbme.org>

   USMLE ID: 06511877

   Dear Mr. Zhang,

   After discussing your situation and our April 6, 2010 conversation with the Test Administration Department, it was recommended that you contact them directly.

   Respectfully,

   Sheila on behalf of Scores

   Examinee Records

   National Board of Medical Examiners

---

   **From:** Jihui Zhang [mailto:zjh1023@gmail.com]
   **Sent:** Wednesday, April 07, 2010 3:00 PM
   **To:** scores
   **Subject:** Re: Request an Investigation of My Step 3 Scores

   ATTN: Examinees Records Manager

   On April 6, 2010, a lady (I can't recall her name) from Examinees Records (at least she claimed to be when I asked) called me from 215 590 9500 at 2:50 PM and we discussed my case for 40 minutes and 29 seconds. She agreed to email me a summary of the conversation afterwards. I understand it may be a little too early for her to get back to me, and I look forward to hearing from her.

   Sincerely,