

JIHUI ZHANG <zjh1023@gmail.com>

# Your January 25 and 28 USMLE Step 3

**Mary Patterson <MPatterson@nbme.org>**      Mon, Apr 26, 2010 at 7:47 PM
To: Jihui Zhang <zjh1023@gmail.com>

Dear Dr. Zhang:

The review done by the group of senior staff at the NBME was the only appeal available to you. There are no higher offices at the NBME or FSMB to which you can appeal the final decision made by the group of senior staff. While your performance on the exam may not have been what you expected, the score was based upon your responses.

Sincerely,
Mary Patterson

-----Original Message-----
From: Jihui Zhang [mailto:zjh1023@gmail.com]

[Quoted text hidden]

[Quoted text hidden]

**image001.gif**
1K