



**LICENSURE EXAMINATIONS (USMLE)**

**CREDENTIALS VERIFICATION (FCVS)**

**LICENSURE APPLICATION (UA)**

**PHYSICIAN DATA (FPDC)**

**EDUCATION & MEETINGS**

**ADVOCACY & POLICY**

**FSMB FOUNDATION**

**PUBLICATIONS & MEDIA**

**CONTACT A STATE MEDICAL BOARD**



- About FSMB
- FSMB History
- FSMB Leadership
- FSMB Bylaws
- Members & Organizations
- Career Opportunities

— Exhibit K —

### FSMB MISSION & GOALS

**Vision**
The Federation of State Medical Boards is the leader in medical regulation, serving as an innovative catalyst for effective policy and st

**Mission**
FSMB leads by promoting excellence in medical practice, licensure, and regulation as the national resource and voice on behalf of st boards in their protection of the public.

**Values**
FSMB, an organization of state medical boards, embraces these equally important values:

- **Public Protection:** Promotes public health, safety and welfare through its member Boards.
- **Leadership:** Demonstrates innovation, cooperation and responsiveness.
- **Integrity:** Incorporates honesty, ethical behavior, reliability and transparency in all its operations and services.
- **Excellence:** Promotes and maintains high standards of performance and a commitment to continuous improvement, efficienc effectiveness.
- **Commitment to Service:** Provides support and high quality service to its member Boards.

**Strategic Goals**



**Consistent Standards**
Effectively lead, assist and support state medical boards to develop and use consistent standards, language, definitions, and tools.

**Organizational Improvement**
Enhance its organizational vitality and nimbleness, broaden its financial resources, and provide a technology platform adequate for the evolving needs of the FSMB.

**Partnerships**
Engender greater participation and engagement among its member boards and more effective relationships with national and international organizations as a trusted and reliable partner.

Home | Privacy Policy | A-Z Index
© 2010 Federation of State Medical Boards

www.fsmb.org/mission.html
Case 1:11-cv-00129-CCE-PTS   Document 34-11   Filed 01/13/12   Page 2 of 2
2/2