IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:11CV129

| | |
|---|---|
| JIHUI ZHANG, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FEDERATION OF STATE MEDICAL | ) |
| BOARDS, NATIONAL BOARD | ) |
| OF MEDICAL EXAMINERS, | ) |
| and PROMETRIC, | ) |
| | ) |
| Defendants. | ) |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 29, 2011, was served on the parties in this action. Plaintiff filed objections to the Recommendation.

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendants' motions to dismiss [Docket Nos. 20 and 23] are **GRANTED** and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE