IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:11CV129

| | |
|---|---|
| JIHUI ZHANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERATION OF STATE MEDICAL | ) |
| BOARDS, NATIONAL BOARD | ) |
| OF MEDICAL EXAMINERS, | ) |
| and PROMETRIC, | ) |
| | ) |
| Defendants. | ) |

J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' motions to dismiss [Docket Nos. 20 and 23] are **GRANTED** and that this action is dismissed with prejudice.

This the 6th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE