# Performance Data

## 2010 Performance Data

The National Board of Medical Examiners published USMLE performance data in its newsletter, the NBME Examiner, from 1993 to 2012 and publishes USMLE performance data in its annual reports. Most of the data presented here are excerpted from those publications with modification or as they appeared originally.

| Overview | Step 1 | Step 2 CK | Step 2 CS | Step 3 |

2010 ▼

### Step 3 Administrations (2009 - 2010 Number Tested and Percent Passing)

| | 2009 | | 2010* | |
|---|---|---|---|---|
| | Number Tested | Percent Passing | Number Tested | Percent Passing |
| **MD Degree** | 18,361 | 93% | 18,448 | 95% |
| Examinees from US/Canadian Schools | | | | |
| 1st Takers | 17,170 | 94% | 17,332 | 96% |
| Repeaters** | 1,191 | 72% | 1,116 | 75% |

1/2
Exhibit B

| Examinees from Non-US/Canadian Schools | 2009 | | 2010* | |
|---|---|---|---|---|
| | Number Tested | Percent Passing | Number Tested | Percent Passing |
| 1st Takers | 9,117 | 79% | 9,182 | 83% |
| Repeaters** | 3,154 | 58% | 2,759 | 61% |
| Total | 12,271 | 73% | 11,941 | 78% |

| DO Degree | | | | |
|---|---|---|---|---|
| 1st Takers | 23 | 100% | 14 | 100% |
| Repeaters** | 2 | † | 0 | N/A |
| Total | 25 | 96% | 14 | 100% |

\* Represents data for examinees tested in 2010 and reported through February 2, 2011.
\*\* Repeaters represents examinations given, not number of examinees.
† Performance data not reported for categories containing fewer than 5 examinees.
N/A – not applicable.