**JIHUI ZHANG, M.D., PH.D.**
Home: (919) 942-1880 • Cell: (919) 260-3715

102 Rowe Road, Chapel Hill, NC 27516
Email: zjh1023@gmail.com

January 31, 2012

Jon Berkelhammer, Esq.
Smith Moore Leatherwood LLP
300 N. Greene Street
Suite 1400
Greensboro, NC 27401

      RE:    Jihui Zhang v. Federation of State Medical Boards, National Board of Medical Examiners, and Prometric

Dear Mr. Berkelhammer:

      I have received your letter dated January 25, 2012 in which you have stated that my Request for Admission and Request for Production of Documents to defendants Federation of State Medical Boards and National Board of Medical Examiners is improper, and you have further requested that it be withdrawn. I agree with you that the discovery is improper. It reflects nothing more than a technical error by a self-litigant. Therefore, I notify you with this letter that the discovery is withdrawn and no responses are required at this time. Please consider this letter satisfaction of my obligations to meet and confer regarding this matter.

                                          Sincerely yours,

                                          Jihui Zhang

cc: Mr. Reid L. Philips and Mr. Benjamin R. Norman

Exhibit D
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, the foregoing was served upon defendants' counsel by first-class mail, postage paid, addressed to the following:

>Jonathan A. Berkelhammer
>Smith Moore Leatherwood LLP
>300 N. Greene Street
>Suite 1400
>Greensboro, NC 27401
>
>Reid L. Phillips
>Benjamin R. Norman
>Brooks, Pierce, McLendon, Humphery & Leonard, LLP
>2000 Renaissance Plaza
>230 North Elm Street
>Greensboro, NC 27401

_____
JIHUI ZHANG, *pro se* Plaintiff
102 Rowe Road
Chapel Hill, NC 27516
Telephone: 919 942 1880
E-mail: zjh1023@gmail.com

Exhibit D
Page 2 of 2