**JIHUI ZHANG, M.D., PH.D.**
Home: (919) 942-1880 • Cell: (919) 260-3715

102 Rowe Road, Chapel Hill, NC 27516
Email: zjh1023@gmail.com

January 31, 2012

Reid L. Philips, Esq.
Benjamin R. Norman, Esq.
Brooks, Pierce, McLendon, Humphery & Leonard, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401

      RE:    Jihui Zhang v. Federation of State Medical Boards, National Board of Medical Examiners, and Prometric

Dear Mr. Philips and Mr. Norman:

    It comes to my attention that my Request for Admission and Request for Production of Documents to defendant Prometric, which was served on January 19, 2012, constitutes improper discovery. Therefore, I notify you with this letter that the discovery is withdrawn and no responses are required at this time. Please consider this letter satisfaction of my obligations to meet and confer regarding this matter.

                                        Sincerely yours,

                                        Jihui Zhang

cc: Mr. Jon Berkelhammer

Exhibit E
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, the foregoing was served upon defendants' counsel by first-class mail, postage paid, addressed to the following:

Reid L. Phillips
Benjamin R. Norman
Brooks, Pierce, McLendon, Humphery & Leonard, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401

Jonathan A. Berkelhammer
Smith Moore Leatherwood LLP
300 N. Greene Street
Suite 1400
Greensboro, NC 27401

*[signature]*

JIHUI ZHANG, *pro se* Plaintiff
102 Rowe Road
Chapel Hill, NC 27516
Telephone: 919 942 1880
E-mail: zjh1023@gmail.com

Exhibit E
Page 2 of 2