**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| **JIHUI ZHANG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:11CV129** |
| | ) | |
| **FEDERATION OF STATE MEDICAL** | ) | |
| **BOARDS, NATIONAL BOARD OF** | ) | |
| **MEDICAL EXAMINERS, and PROMETRIC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On December 29, 2011, the Magistrate Judge entered his recommendation on Defendants' Motion to Dismiss (Doc. 32).   The plaintiff filed objections, (Doc. 34), and the defendants filed a response (Doc. 36).   On February 6, 2012, this Court adopted the Magistrate Judge's recommendation and entered judgment dismissing this case (Docs. 37 and 38).   On February 7, 2012, the plaintiff filed a document styled "Plaintiff's Reply Brief in Support of Objection to the Magistrate Judge's Recommendation" (Doc. 39).

Rule 72(b) of the Rules of Civil Procedure makes no provision for reply briefs in this circumstance, nor do this Court's local rules.   Nonetheless, the Court has reviewed the reply brief and finds it does not support making any change in the Court's previous ruling.

**IT IS HEREBY ORDERED** that the Court's previous order and judgment remain in effect.

This the 21st day of February, 2012.

UNITED STATES DISTRICT JUDGE