IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JIHUI ZHANG )
)
        Plaintiff, )
)
    v. )
) Case No. 1:11CV129
FEDERATION OF STATE MEDICAL )
BOARDS, NATIONAL BOARD OF )
MEDICAL EXAMINERS, )
and PROMETRIC, )
)
        Defendants. )

## PLAINTIFF JIHUI ZHANG'S
## NOTICE OF APPEAL

Notice is hereby given that JIHUI ZHANG, *pro se* plaintiff in the above named case, appeals to the United States Court of Appeals for the Fourth Circuit from the order entered in this case on February 6, 2012 and reentered on February 21, 2012, which adopted the Magistrate Judge's Recommendation and granted Defendants' Motions to Dismiss by the Honorable Catherine C. Eagles.

Respectfully submitted on the 27th day of February 2012.

CERTIFICATE OF SERVICE
The Undersigned Hereby Certifies
That He Has Served A Copy Of The Foregoing Document Upon All Parties Or
Their Attorneys Of Record By Placing
Same In The U. S. Mails, Postage
Prepaid and Properly Addressed,
This the 27 Day of February, 2012
_____
Attorney at Law

_____
JIHUI ZHANG, *pro se* Plaintiff
102 Rowe Road
Chapel Hill, NC 27516
Telephone: 919 942 1880
E-mail: zjh1023@gmail.com

Case 1:11-cv-00129-CCE-PTS   Document 41   Filed 02/27/12   Page 1 of 1