**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1264
_____

JIHUI ZHANG,

              Plaintiff - Appellant,

        v.

FEDERATION OF STATE MEDICAL BOARDS; NATIONAL BOARD OF
MEDICAL EXAMINERS; PROMETRIC,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:11-cv-00129-CCE-PTS)

_____

Submitted:  May 31, 2012                    Decided:  June 5, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jihui Zhang, Appellant Pro Se.   Jon Berkelhammer, Patrick
Michael Kane, SMITH MOORE LEATHERWOOD LLP, Greensboro, North
Carolina; Benjamin R. Norman, Reid Lloyd Phillips, BROOKS,
PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jihui Zhang appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Zhang v. Fed'n of State Med. Bds., No. 1:11-cv-00129-CCE-PTS (M.D.N.C. Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED